# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**Eddie James Lee, Sr.**

    vs.

**David Delfavero**

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:04-CV-382

---

    ____   **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

     **X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANT'S MOTION TO DISMISS IS GRANTED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION & ORDER FILED SEPTEMBER 28, 2005.

Dated:  September 28, 2005

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk